PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  1:04CR05053-01** |
| ) | |
| **Bret David HARVEY** ) | |
| ) | |

On July 26, 2004, the above-named was placed on probation for a period of 3 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Sandra K. Dash

**SANDRA K. DASH
United States Probation Officer**

Dated:     November 8, 2006
           Modesto, California
           SKD:lr

**REVIEWED BY:**     /s/ Deborah A. Spencer
                **DEBORAH A. SPENCER
                Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   Bret David HARVEY**
**      Docket Number:   1:04CR05053-01**
**      ORDER TERMINATING PROBATION**
**      <u>PRIOR TO EXPIRATION DATE</u>**

---

## ORDER OF COURT

It is ordered that Bret David Harvey be discharged from probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   November 13, 2006**              /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE